IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. HATCHER,           )
    Plaintiff,               )
                             )
v.                           )   CIVIL ACTION NO.:
                             )   1:15-CV-0382-WBH
HEWLETT-PACKARD COMPANY,     )
    Defendant.               )

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW, Thomas C. Wooldridge and the law firm of Wooldridge & Jezek, LLP and pursuant to rule 83.1E(2)(d) of the Civil Local Rules for the Northern District of Georgia, and upon the wishes of his client, files this Certificate of Consent to Withdraw as counsel for Plaintiff Robert L. Hatcher.

As evidenced by his signature below, Plaintiff Robert L. Hatcher consents to the requested withdraw.

Respectfully submitted this 12TH day of March, 2015.

/s/ T. C. W.
Thomas C. Wooldridge
GA Bar. No. 384108
Attorney for Plaintiff

1

Wooldridge & Jezek, LLP
1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30309
Tel: 404-942-3300
Fax: 404-942-3301
Wooldridge@wjlawoffice.com

_____
Robert L. Hatcher, Plaintiff

2550 Sandy Plains Rd.
Suite 225-313
Marietta, GA 30066
678-687-9736
hatchr1@netzero.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. HATCHER,<br>  Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>  Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:15-CV-0382-WBH<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day filed the foregoing Certificate of Consent to Withdraw as Counsel with the Clerk of Court electronically using its ECF system and will automatically send notice to all attorneys of record. I have also served the foregoing pleading to opposing counsel via US Mail, proper postage affixed to:

        Morgan E. Elam
        Hewlett-Packard Company
        1550 Liberty Ridge Drive, Suite 120
        Wayne, PA 19087

    Respectfully submitted this 13TH day of March, 2015.

                                          Thomas C. Wooldridge
                                          GA Bar. No. 384108
                                          Attorney for Plaintiff

Wooldridge & Jezek, LLP
1230 Peachtree Street, NE, Suite 1900
Atlanta, GA 30309
Tel: 404-942-3300
Fax: 404-942-3301
Wooldridge@wjlawoffice.com